IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ELVIRA R. MARIANO, ET AL., | ) | CIV. NO. 15-00087 SOM-BMK |
| | ) | |
| Plaintiffs, | ) | ORDER DENYING PLAINTIFFS' |
| | ) | REQUEST FOR AN EXTENSION |
| vs. | ) | OF TIME TO SERVE DEFENDANT |
| | ) | RICK MURPHY; FINDINGS AND |
| RICK MURPHY, ET AL., | ) | RECOMMENDATION TO DISMISS |
| | ) | DEFENDANT RICK MURPHY FOR |
| Defendants. | ) | FAILURE TO SERVE |
| | ) | |
| _____ | ) | |

ORDER DENYING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME
TO SERVE DEFENDANT RICK MURPHY; FINDINGS AND
RECOMMENDATION TO DISMISS DEFENDANT RICK MURPHY FOR
<u>FAILURE TO SERVE</u>

Before the Court is Plaintiffs' Request for an Extension of Time to Serve Defendant Rick Murphy (Doc. 59).[1]  As discussed below, the Court denies this Request and finds and recommends that Defendant Murphy be dismissed.

Plaintiffs Elvira R. Mariano and Alejandro B. Mariano, Jr. filed the Complaint against Defendant Rick Murphy and others on March 19, 2015. Pursuant to Federal Rules of Civil Procedure (FRCP) Rule 4(m), Plaintiffs should have served Defendant Murphy within 120 days of filing the complaint, or no later

---

[1] The actual title of this document is "Plaintiff's Request for More Ample Time & Until Such Time That Defendant Richard 'Rick' B. Murphy Can Be Served the Complaint Filed on 3-9-15 As In Response To The Answer By This Court To The Plaintiff's Motion Filed on 10-2-15."

than July 17, 2015. Although Plaintiffs served other Defendants within that timeframe, they did not serve Defendant Murphy.

On July 31, 2015, Plaintiffs filed a request for extension of time to serve Defendant Murphy. (Doc. 37.) Elvira Mariano explained that she was unable to "locate Defendant Rick Murphy's address and don't know his whereabouts." (Id.) The Court granted this request and ordered that Defendant Murphy be served "no later than October 2, 2015." (Doc. 40.) Again, Plaintiffs failed to serve him by that date.

On October 2, 2015, Plaintiffs filed a second request for extension of time to serve Defendant Murphy. (Doc. 53.) Elvira Mariano explained that she was "still in the process of finding [Defendant Murphy's] current address." (Id.) On October 7, 2015, the Court granted that request, stating: "Plaintiff is hereby granted a thirty-day extension to serve Defendant Rick Murphy, and must do so <u>no later than November 6, 2015</u>. Given that Plaintiff has already had nearly two hundred days to locate and serve Defendant Murphy, the Court finds that this is an appropriate extension of time under the circumstances. The Court further makes clear that this will be the <u>last and final extension of time</u> to serve Defendant Murphy that the Court will grant Plaintiff." (Doc. 55 (emphasis in original).)

Plaintiffs failed to serve Defendant Murphy by the November 6

deadline.  On November 17, 2015, Plaintiffs filed the instant request, asking for a third extension of time to serve Defendant Murphy "until such time that Defendant Richard 'Rick' B. Murphy can be served."  (Doc. 59.)  Elvira Mariano explains that Defendant Murphy "moved to the mainland, and is now in hiding" and that she does not know his address.  (<u>Id.</u>)

FRCP Rule 4(m) allows for extensions of time to serve the Complaint "if the plaintiff shows good cause."  It has been more than 240 days since the Complaint was filed, more than twice the amount of time authorized for service in FRCP 4(m).  Additionally, this Court has twice extended the time for Plaintiffs to serve Defendant Murphy for the same reasons articulated in the present Request.  On October 7, 2015, when the Court granted Plaintiffs' last request, the Court "ma[de] clear that this will be the last and final extension of time to serve Defendant Murphy."  (Doc. 55.)  Plaintiffs have not shown good cause for extending the time to serve Defendant Murphy a third time and, therefore, the Court DENIES Plaintiffs' Request for An Extension of Time.

In light of Plaintiffs' failure to serve Defendant Rick Murphy in a timely manner and because the Court denies further extension of time to serve this Defendant, the Court finds and recommends that the claims against Defendant Rick Murphy be DISMISSED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 18, 2015



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Elvira R. Mariano, et al. v. Rick Murphy, et al., CIV. NO. 15-00087 SOM-BMK; ORDER DENYING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANT RICK MURPHY; FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANT RICK MURPHY FOR FAILURE TO SERVE.