IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELVIRA R. MARIANO; ALEJANDRO B. MARIANO, JR; ESTATE OF CRISOSTOMO R. RAGUINE, DECEASED,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BANK OF HAWAII; PETER HO; RICK MURPHY; RAECHELLE HESTER; SUI LUM; MITZI A. LEE; LORRIN A. KAU; JEROME ADARNA; DEPARTMENT OF COMMERCE; JOHN DOES; JANE DOES; DOE GOVERNMENTAL UNITS; DOE NON-PROFIT CORPORATIONS & DOE CORPORATIONS ,<br><br>          Defendants.<br>_____ | CV 15-00087 SOM-BMK |

**ORDER ADOPTING ORDER DENYING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANT RICK MURPHY; FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANT RICK MURPHY FOR FAILURE TO SERVE**

Findings and Recommendation having been filed on November 18, 2015 and served on all parties on November 19, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order

Denying Plaintiffs' Request for an Extension of Time to Serve Defendant Rick Murphy; Findings and Recommendation to Dismiss Defendant Rick Murphy for Failure to Serve" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, December 8, 2015.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Elvira Mariano, et al. v. Bank of Hawaii, et al.; Civ. No. 15-00087 SOM-BMK
ORDER  ADOPTING ORDER DENYING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANT RICK MURPHY; FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANT RICK MURPHY FOR FAILURE TO SERVE